IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Criminal Case No. 14-cr-00247-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALBERT KENNETH LENDER,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Government's Motion to Dismiss Counts 1 through 14 of the Indictment [Docket No. 20]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Counts 1 through 14 of the Indictment [Docket No. 20] is granted. Counts 1 through 14 of the Indictment are dismissed.

DATED January 27, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge