IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00247-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALBERT KENNETH LENDER,

        Defendant.

---

## ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

---

      IT IS ORDERED that Defendant ALBERT KENNETH LENDER, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Florence, 5880 Highway 67 South, Florence, Colorado, on or before March 18, 2015, by 12:00 p.m., and will travel at his own expense.

      DATED March 5, 2015.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge